UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WERNLE YOUTH AND FAMILY TREATMENT CENTER, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 1:21-cv-00614-JRS-MPB |
| MARK BUTLER individually, and in his official capacity as Commissioner of the Georgia Department of Labor, GEORGIA DEPARTMENT OF LABOR, ATLANTA NATIONAL PROCESSING CENTER a part of the U.S. Department of Labor, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**Order Adopting Report and Recommendation**

No objection having been filed, the Court **adopts** the Magistrate Judge's Report and Recommendation, (ECF No. 8), issued October 29, 2021. Accordingly, the Complaint is **dismissed without prejudice** under Fed. R. Civ. P. 4(m) for failure to prosecute. The Clerk is **directed** to enter judgment, dismiss this action for failure to prosecute, and close this case.

**SO ORDERED.**

Date: 11/17/2021

Distribution:

Marco Antonio Moreno
GENESIS GLOBAL LEGAL GROUP, P.C.
marco@mv-lawfirm.com

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana